

# IN THE
# TENTH COURT OF APPEALS

## No. 10-15-00219-CR

## EX PARTE REGINALD WEATHERS

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2015-2155-2**

## ORDER

Appellant's motion for rehearing is dismissed as moot because, as confirmed in a letter from his counsel, Appellant has been indicted, which establishes probable cause as a matter of law and thus renders moot his habeas proceeding. *See Ex parte Welch,* 729 S.W.2d 306, 309 (Tex. App.—Dallas 1987, no pet.) (citing *Ex parte Plumb,* 595 S.W.2d 544, 545 (Tex. Crim. App. [Panel Op.] 1980) ("The return of an indictment establishes probable cause as a matter of law.")).

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
    (Chief Justice Gray concurs without opinion)
Order issued and filed December 23, 2015
Do not publish

